UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE GUZMAN RAMIREZ,<br><br>        Petitioner,<br><br>   v.<br><br>DAVID LONG, Warden, C.C.C.F.<br><br>        Respondent. | No. CV 16-3615 FFM<br><br>JUDGMENT |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus for Failure to Prosecute,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 19, 2017

                                              /S/FREDERICK F. MUMM
                                              FREDERICK F. MUMM
                                         United States Magistrate Judge